I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED 10-17-2014

DEPUTY CLERK

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JORGE CASTRO, | Case No. EDCV 14-02015 JAK (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: October 16, 2014

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEP